■ In the Matter of MICHAEL KELLER, Respondent, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Appellants.—Judgments, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on or about October 25, 1989 and April 3, 1990, respectively, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs and without disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Kupferman, Ross and Smith, JJ.